UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. JACKSON,

                     Plaintiff,

    -against-

NEW YORK CITY SCHOOL SUPPORT SERVICES, ET AL.,

                     Defendants.

24 **CIVIL** 7638 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge